AMENDED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CHARLES RANDALL LAZER | ) Case No. BK-S 22-11549-MKN<br>)<br>) (X) AMENDED Report of Trustee at 341 Meeting<br>) (X) Initial Report of Trustee in Asset Case<br>) ( ) Trustee's Report of No Distribution in No Asset Case<br>) ( ) Debtor's Change of Address |

( X ) **REPORT OF TRUSTEE AT 341 MEETING**
    1. Date of Meeting
    2. (X) Meeting concluded
    3. ( ) Meeting continued to

(X) **INITIAL REPORT OF TRUSTEE IN ASSET CASE**
1. (X) The trustee has found assets in this estate to be administered for the benefit of creditors, or believes there is a substantial likelihood that such assets will be recovered within a reasonable period of time.
2. (X) Trustee requests a Notice to File Claims be sent.

( ) **TRUSTEE'S REPORT OF NO DISTRIBUTION IN NO ASSET CASE**
**Finding of No Assets.** As the trustee of the estate of the above-named debtor(s), I report that I have neither received any property nor paid any money on account of this estate except exempt property; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and there is no property available for distribution from the estate over that exempted by law.

Pursuant to FRBP 5009, I certify that the estate of the above-named debtor(s) has been fully administered.

I request that this report be approved, and that I be discharged from any further duties as trustee.

( ) **DEBTOR'S CHANGE OF ADDRESS:**

Date: July 5, 2022                                /s/ Lenard E. Schwartzer
                                                                                        LENARD E. SCHWARTZER