_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
August 22, 2022

_____

LENARD E. SCHWARTZER
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 22-11549-MKN |
| CHARLES RANDALL LAZER | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ORDER APPROVING APPLICATION TO EMPLOY RANDAZZA LEGAL GROUP, PLLC AS SPECIAL COUNSEL ON A CONTINGENT FEE BASIS UNDER 11 U.S.C. § § 327(e) and 328(a) |
| Debtor | |

The Court having considered the ex parte application of Trustee, praying for authority to employ Special Counsel on a contingent fee basis, and it appearing that no notice of a hearing on said application need be given, and the Court is satisfied that RANDAZZA LEGAL GROUP, PLLC. represents no interest adverse to the Debtor or the bankruptcy estate and that their employment is necessary and would be in the best interests of the estate,

/ / / / /

/ / / / /

1

1  IT IS HEREBY ORDERED that, pursuant to 11 U.S.C. §§ 327(e) and 328(a), the Trustee is authorized to employ RANDAZZA LEGAL GROUP, PLLC as Special Counsel to pursue the claims of the estate in the fraudulent transfer claims and legal malpractice claims against attorneys Adam Trippiedi and Michael F. Bohn and their respective law firms litigation on a contingent fee basis.

IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 328(a), the contingent fee agreement referenced in the Trustee's application is subject to the Court's review, determination of reasonableness, and approval after completion of the services rendered by RANDAZZA LEGAL GROUP, PLLC.

IT IS FURTHER ORDERED that the payment of fees and costs shall be subject to final application and approval by this Court pursuant to §§ 330 and 331 of the Bankruptcy Code.

Submitted by:

_____
LENARD E. SCHWARTZER
Trustee

###