UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: § Case No. 22-11549-MKN
§
CHARLES RANDALL LAZER §
§
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/02/2022. The undersigned trustee was appointed on 05/02/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ ▓▓▓▓

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | ▓▓▓▓ |
   | Bank service fees | ▓▓▓▓ |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |

   Leaving a balance on hand of[1] ▓▓▓▓

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was <u>10/17/2022</u> and the deadline for filing government claims was <u>11/16/2022</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is ▓▓▓▓. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of ▓▓▓▓ for a total compensation of ▓▓▓▓. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $186.46, for total expenses of $186.46.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>09/09/2025</u>                    By: <u>/s/ Lenard E. Schwartzer</u>
                                                Trustee

STATEMENT: This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 22-11549-MKN | Trustee Name: | Lenard E. Schwartzer |
| Case Name: | LAZER, CHARLES RANDALL | Date Filed (f) or Converted (c): | 05/02/2022 (f) |
| For the Period Ending: | 9/9/2025 | §341(a) Meeting Date: | 06/24/2022 |
| | | Claims Bar Date: | 10/17/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 9723 Manheim Ln. Las Vegas NV 89117 | $400,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2019 LEXUS GS 350 | $30,000.00 | $5,000.00 | | $0.00 | FA |
| Asset Notes: | Vehicle Leased | | | | | |
| 3 | HOUSEHOLD GOODS | $1,300.00 | $0.00 | | $0.00 | FA |
| 4 | ROAD BIKE | $200.00 | $0.00 | | $0.00 | FA |
| 5 | WEARING APPAREL | $500.00 | $0.00 | | $0.00 | FA |
| 6 | WEDDING RING | $25.00 | $0.00 | | $0.00 | FA |
| 7 | CHECKING ACCOUNT #5081 US BANK | $800.00 | $0.00 | | $0.00 | FA |
| 8 | SAVINGS ACCOUNT #7000 US BANK | $3.00 | $0.00 | | $0.00 | FA |
| 9 | FATHERS ACCOUNT | $76.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Joint Money Market Acct #5067 CAPITAL ONE BANK | | | | | |
| 10 | BROKERAGE ACCOUNT #6365 SAGEPOINT FINANCIAL | $422.00 | $0.00 | | $0.00 | FA |
| 11 | CHARLES SCHWAB | $199.47 | $0.00 | | $0.00 | FA |
| 12 | Malpractice Claim (u) | $0.00 | | | | FA |
| Asset Notes: | 5/29/25 case settled per order entered 5/29/25 [Doc 61] (AMOUNT CONFIDENTIAL) | | | | | |
| TOTALS (Excluding unknown value) | | $433,525.47 | | | | Gross Value of Remaining Assets $0.00 |

Major Activities affecting case closing:
07/14/2025    CONFIDENTIAL REPORT OF DISTRIBUTION

Initial Projected Date Of Final Report (TFR):  05/31/2024    Current Projected Date Of Final Report (TFR):  12/31/2025

/s/ LENARD E. SCHWARTZER
LENARD E. SCHWARTZER

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 22-11549-MKN | **Trustee Name:** | Lenard E. Schwartzer |
| **Case Name:** | LAZER, CHARLES RANDALL | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***9070 | **Checking Acct #:** | ******0052 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 5/2/2022 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/9/2025 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/21/2025 | (12) | Technology Insurance Co | Partial payment per confidential settlement agreement approved per order entered May 29, 2025 [Doc 61] | | 1249-000 | [redacted] | | [redacted] |
| 05/21/2025 | | Transfer To: #******0086 | Transfer from general account (0052) to trust account (0086) | | 9999-000 | | [redacted] | $0.00 |
| 06/03/2025 | | Transfer From: #******0086 | transfer from trust account (0086) to general account (0052) | | 9999-000 | [redacted] | | [redacted] |
| 06/03/2025 | (12) | ALPS P&C | Balance of payment per confidential settlement agreement approved per order entered May 29, 2025 [Doc 61] | | 1249-000 | [redacted] | | [redacted] |
| 06/09/2025 | 5001 | Randazza Legal Group, PLLC | Special Counsel Fees and Expenses per Order entered 5/29/25 [Doc 62] | | * | | [redacted] | [redacted] |
| | | | Special Counsel Fees | [redacted] | 3210-600 | | | [redacted] |
| | | | Special Counsel Expenses | $(1,856.59) | 3220-610 | | | [redacted] |
| 06/30/2025 | | Pinnacle Bank | Service Charge | | 2600-000 | | $102.32 | [redacted] |
| 07/28/2025 | 5002 | KENNETH A. SELTZER, CPA | ACCOUNTANT FEES AND EXPENSES PER ORDER ENTERED 7/17/25 [DOC 82] | | * | | $615.00 | [redacted] |
| | | | Accountant Fees | $(600.00) | 3410-000 | | | [redacted] |
| | | | Accountant Expenses | $(15.00) | 3420-000 | | | [redacted] |
| 07/28/2025 | 5003 | FOX, IMES & CROSBY, LLC | ATTORNEY FEES AND EXPENSES PER ORDER ENTERED 7/18/25 [DOC 83] | | * | | $8,445.76 | [redacted] |
| | | | Attorney Fees | $(8,315.00) | 3210-000 | | | [redacted] |
| | | | Attorney Expenses | $(130.76) | 3220-000 | | | [redacted] |
| 07/31/2025 | | Pinnacle Bank | Service Charge | | 2600-000 | | $79.37 | [redacted] |
| 08/22/2025 | 5004 | Department of the Treasury | 2025 Federal Income Tax per order entered 8/1/25 [Doc 84] | | 2810-000 | | [redacted] | [redacted] |
| 08/29/2025 | | Pinnacle Bank | Service Charge | | 2600-000 | | $68.62 | [redacted] |

SUBTOTALS $270,000.00 $118,680.58

Page No: 2     Exhibit B

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 22-11549-MKN | | Trustee Name: | Lenard E. Schwartzer |
| --- | --- | --- | --- | --- |
| Case Name: | LAZER, CHARLES RANDALL | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9070 | | Checking Acct #: | ******0052 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/2/2022 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/9/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

TOTALS:
    Less: Bank transfers/CDs
Subtotal
    Less: Payments to debtors      $0.00      $0.00
Net



For the period of 5/2/2022 to 9/9/2025

Total Compensable Receipts:
Total Non-Compensable Receipts:    $0.00
Total Comp/Non Comp Receipts:
Total Internal/Transfer Receipts:

Total Compensable Disbursements:
Total Non-Compensable Disbursements:    $0.00
Total Comp/Non Comp Disbursements:
Total Internal/Transfer Disbursements:



For the entire history of the account between 09/21/2023 to 9/9/2025

Total Compensable Receipts:
Total Non-Compensable Receipts:    $0.00
Total Comp/Non Comp Receipts:
Total Internal/Transfer Receipts:

Total Compensable Disbursements:
Total Non-Compensable Disbursements:    $0.00
Total Comp/Non Comp Disbursements:
Total Internal/Transfer Disbursements:





# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 22-11549-MKN | **Trustee Name:** | Lenard E. Schwartzer |
| **Case Name:** | LAZER, CHARLES RANDALL | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***9070 | **Checking Acct #:** | ******0086 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Trust |
| **For Period Beginning:** | 5/2/2022 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/9/2025 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/21/2025 | | Transfer From: #******0052 | Partial payment per confidential settlement agreement approved per order entered May 29, 2025 [Doc 61]; funds transferred from general acct (0052) to trust acct (0086) | 9999-000 | [redacted] | | [redacted] |
| 06/03/2025 | | Transfer To: #******0052 | transfer funds from trust account (0086) to general account (0052) | 9999-000 | | [redacted] | $0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | [redacted] | [redacted] | $0.00 |
| **Less: Bank transfers/CDs** | | | |
| **Subtotal** | $0.00 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $0.00 | |

**For the period of 5/2/2022 to 9/9/2025**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | [redacted] |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | [redacted] |

**For the entire history of the account between 05/21/2025 to 9/9/2025**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | [redacted] |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | [redacted] |

Case No.: 22-11549-MKN
Case Name: LAZER, CHARLES RANDALL
Claims Bar Date: 10/17/2022

Trustee Name: Lenard E. Schwartzer
Date: 9/9/2025

| Claim No. | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | RANDAZZA LEGAL GROUP, PLLC  4974 S Rainbow Blvd., Suite 100 Las Vegas NV 89118 | Special Counsel for Trustee Fees | Allowed | 3210-600 | [redacted] | [redacted] | $0.00 | $0.00 | $0.00 |
| | RANDAZZA LEGAL GROUP, PLLC  4974 S Rainbow Blvd., Suite 100 Las Vegas NV 89118 | Special Counsel for Trustee Expenses | Allowed | 3220-610 | $1,856.59 | $1,856.59 | $0.00 | $0.00 | $0.00 |
| | FOX, IMES & CROSBY, LLC  601 S. 10TH STREET, SUITE 202 LAS VEGAS NV 89101 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $8,315.00 | $8,315.00 | $0.00 | $0.00 | $0.00 |
| | FOX, IMES & CROSBY, LLC  601 S. 10TH STREET, SUITE 202 LAS VEGAS NV 89101 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $130.76 | $130.76 | $0.00 | $0.00 | $0.00 |
| | KENNETH A. SELTZER, CPA  17 CANDLEWYCK DR HENDERSON NV 89052 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $600.00 | $600.00 | $0.00 | $0.00 | $0.00 |
| | KENNETH A. SELTZER, CPA  17 CANDLEWYCK DR HENDERSON NV 89052 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $15.00 | $15.00 | $0.00 | $0.00 | $0.00 |
| | LENARD E. SCHWARTZER 6655 W. Sahara Avenue, Suite B200-107 LAS VEGAS NV 89146 | Trustee Expenses | Allowed | 2200-000 | $186.46 | $0.00 | $0.00 | $0.00 | $186.46 |
| | LENARD E. SCHWARTZER 6655 W. Sahara Avenue, Suite B200-107 Las Vegas NV 89146 | Trustee Compensation | Allowed | 2100-000 | [redacted] | $0.00 | $0.00 | $0.00 | [redacted] |

CLAIM ANALYSIS REPORT

| Case No. | 22-11549-MKN | | | | | | | | Trustee Name: Lenard E. Schwartzer |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | LAZER, CHARLES RANDALL | | | | | | | | Date: 9/9/2025 |
| Claims Bar Date: | 10/17/2022 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DEPARTMENT OF THE TREASURY<br><br>Internal Revenue Service<br>Ogden UT 84201-0148 | Income Taxes - Internal Revenue Service (post-petition) | Allowed | 2810-000 | | | $0.00 | $0.00 | $0.00 |
| 1 | TD RETAIL CARD SERVICES<br><br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>P.O. Box 800849<br>Dallas TX 75380 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $865.00 | $0.00 | $0.00 | $0.00 | $865.00 |
| 2 | DAPHNE WILLIAMS<br><br>C/O RANDAZZA LEGAL GROUP, PLLC<br>4974 S. Rainbow Blvd., Suite 100<br>Las Vegas NV 89118 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $171,715.76 | $0.00 | $0.00 | $0.00 | $171,715.76 |
| 3 | CAPITAL ONE BANK (USA), N.A.<br><br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,768.83 | $0.00 | $0.00 | $0.00 | $6,768.83 |
| 4 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $336.40 | $0.00 | $0.00 | $0.00 | $336.40 |
| 5 | DEPARTMENT OF TREASURY<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Claims of Governmental Units | Allowed | 5800-000 | $101.00 | $0.00 | $0.00 | $0.00 | $101.00 |
| 6 | U.S. BANK NATIONAL ASSOCIATION<br><br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,986.98 | $0.00 | $0.00 | $0.00 | $1,986.98 |

CLAIM ANALYSIS REPORT

Page No: 3
Exhibit C

| Case No. | 22-11549-MKN |
| Case Name: | LAZER, CHARLES RANDALL |
| Claims Bar Date: | 10/17/2022 |

Trustee Name: Lenard E. Schwartzer
Date: 9/9/2025



$0.00    $0.00

CLAIM ANALYSIS REPORT

| | |
|---|---|
| Case No.: 22-11549-MKN | Trustee Name: Lenard E. Schwartzer |
| Case Name: LAZER, CHARLES RANDALL | Date: 9/9/2025 |
| Claims Bar Date: 10/17/2022 | |

## CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) | $15.00 | $15.00 | $15.00 | $0.00 | $0.00 | $0.00 |
| Accountant for Trustee Fees (Other Firm) | $600.00 | $600.00 | $600.00 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Expenses (Other Firm) | $130.76 | $130.76 | $130.76 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Other Firm) | $8,315.00 | $8,315.00 | $8,315.00 | $0.00 | $0.00 | $0.00 |
| Claims of Governmental Units | $101.00 | $101.00 | $0.00 | $0.00 | $0.00 | $101.00 |
| General Unsecured § 726(a)(2) | $181,672.97 | $181,672.97 | $0.00 | $0.00 | $0.00 | $181,672.97 |
| Income Taxes - Internal Revenue Service (post-petition) | ■■■ | ■■■ | ■■■ | $0.00 | $0.00 | $0.00 |
| Special Counsel for Trustee Expenses | $1,856.59 | $1,856.59 | $1,856.59 | $0.00 | $0.00 | $0.00 |
| Special Counsel for Trustee Fees | ■■■ | ■■■ | ■■■ | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | ■■■ | ■■■ | $0.00 | $0.00 | $0.00 | ■■■ |
| Trustee Expenses | $186.46 | $186.46 | $0.00 | $0.00 | $0.00 | $186.46 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 22-11549-MKN
Case Name: CHARLES RANDALL LAZER
Trustee Name: Lenard E. Schwartzer

Balance on hand: ███

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: ███

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Lenard E. Schwartzer, Trustee Fees | ███ | $0.00 | ███ |
| LENARD E. SCHWARTZER, Trustee Expenses | $186.46 | $0.00 | $186.46 |
| Attorney Fees, Attorney for Trustee Fees | $8,315.00 | $8,315.00 | $0.00 |
| Attorney Expenses, Attorney for Trustee Expenses | $130.76 | $130.76 | $0.00 |
| Accountant Fees, Accountant for Trustee Fees | $600.00 | $600.00 | $0.00 |
| Accountant Expenses, Accountant for Trustee Expenses | $15.00 | $15.00 | $0.00 |
| Other: Special Counsel Fees, Special Counsel for Trustee Fees | ███ | ███ | $0.00 |
| Other: Special Counsel Expenses, Special Counsel for Trustee Expenses | $1,856.59 | $1,856.59 | $0.00 |

Total to be paid for chapter 7 administrative expenses: ███
Remaining balance: ███

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: ███

UST Form 101-7-TFR (5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $101.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Department of Treasury | $101.00 | $0.00 | $101.00 |

Total to be paid to priority claims: $101.00
Remaining balance: ▆▆▆▆

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $181,672.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | TD Retail Card Services | $865.00 | $0.00 | $201.32 |
| 2 | DAPHNE WILLIAMS | $171,715.76 | $0.00 | $39,964.55 |
| 3 | Capital One Bank (USA), N.A. | $6,768.83 | $0.00 | $1,575.35 |
| 4 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP | $336.40 | $0.00 | $78.29 |
| 6 | U.S. Bank National Association | $1,986.98 | $0.00 | $462.45 |

Total to be paid to timely general unsecured claims: ▆▆▆▆
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00

UST Form 101-7-TFR (5/1/2011)

|   |   |
|---|---|
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   |   |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-TFR (5/1/2011)